IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CR-342-WKW |
| | ) | [WO] |
| ROBERTO ANGUIANO, III, | ) | |
| MARIO VERDUZCO, ANGELA | ) | |
| QUACH, and DEEDRE DIAZ | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 162), to which all four Defendants have filed objections (Docs. # 171, 172, 175, 181). Upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED that Defendants' objections are OVERRULED and the Recommendation is ADOPTED as to each Defendant.

A written opinion will follow.

DONE this 26th day of June, 2017.

                                               /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE